[No. 28044-9-I.   Division One.   December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICK
LEE ALLENBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-06362-5, Terrence A. Carroll, J., entered March 12, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Scholfield, J. Now published at 68 Wn. App. 657.

[No. 26761-2-I.   Division One.   December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
F. HAGLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00610-8, Stuart C. French, J., entered April 10, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Kennedy, JJ.

[No. 28850-4-I.   Division One.   December 21, 1992.]

GREGORY FLETCHER, *Appellant*, v. THE PUBLIC SAFETY
CIVIL SERVICE COMMISSION OF THE CITY
OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-25289-2, J. Kathleen Learned, J., entered June 12, 1991. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Agid, JJ.